UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

RANDOLPH SCOTT DIABO,

    Plaintiff,

Case No. 2:17-cv-00100

v.

Honorable Paul L. Maloney

UNKNOWN PARTIES,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c). Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to his ability to pursue those claims in state court.


Dated:   December 4, 2017                     /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge